VINCENT M. CUSTODIO v. STATE OF NEW JERSEY, STATE
HEALTH BENEFITS COMMISSION.

September 2, 1980.

Petition for certification denied.

PASQUALE ANICITO, SR. v. ALLSTATE
INSURANCE COMPANY.

September 2, 1980.

Petition for certification denied.